Certification filed October 27, 2022



### In The

# Eleventh Court of Appeals

## No. 11-22-00218-CR

**EDDIE DALE UNDERWOOD, Appellant**

## V.

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 259th District Court**
**Jones County, Texas**
**Trial Court Cause No. 6880-D**

### CERTIFICATION

I have reviewed the "Motion to Recuse Appellate Judges" filed in this cause on October 18, 2022. To the extent the document seeks my recusal, I have reviewed the document in chambers. *See* TEX. R. APP. P. 16.3(b). I find no reason to recuse myself and, under Rule 16.3(b), certify the issue of my recusal to the entire court for a determination by the other justices of this court. *See Manges v. Guerra*, 673 S.W.2d 180, 185 (Tex. 1984); *McCullough v. Kitzman*, 50 S.W.3d 87, 88 (Tex. App.—Waco 2001, pet. denied).

W. STACY TROTTER
JUSTICE